IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES MURDOCK, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 1142 |
| | ) | |
| v. | ) | Hon. Blanche M. Manning |
| | ) | Judge Presiding |
| ROGER E. WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COME the Defendants ROGER E. WALKER, JR., JESSE MONTGOMERY and JORGE MONTES, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

                                        Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois        By:   s/Andrew W. Lambertson
                                                              ANDREW W. LAMBERTSON
                                                               Assistant Attorney General
                                                               General Law Bureau
                                                               100 West Randolph Street, 13th Fl.
                                                               Chicago, Illinois 60601
                                                               (312) 814-1187