**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>*James Murdock v. Roger E. Walker, et al.* | Case Number:   08 C 1142<br><br>Judge Manning |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: ROGER E. WALKER, JR., JESSE MONTGOMERY and JORGE MONTES

| |
|---|
| NAME (Type or print)<br>MATTHEW M. SMITH |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/Matthew M. Smith |
| FIRM<br>Office of the Illinois Attorney General |
| OFFICE ADDRESS<br>100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282134 | (312) 814-4451 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ___ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ___ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ___ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ___      APPOINTED COUNSEL ___