IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES MURDOCK, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 1142 |
| | ) | |
| v. | ) | Hon. Blanche M. Manning |
| | ) | Judge Presiding |
| ROGER E. WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Gil Sapir           Kevin Peters
       Attorney           Thomas M. Peters
       P.O. Box 6950       407 S. Dearborn St., Ste. 1735
       Chicago, IL 60680   Chicago, IL 60605

**PLEASE TAKE NOTICE** that on June 16, 2008, the attached **APPEARANCE** and **JURY DEMAND** were filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois           By:   s/Andrew W. Lambertson
                                                                   ANDREW W. LAMBERTSON
                                                                   Assistant Attorney General
                                                                   General Law Bureau
                                                                   100 West Randolph Street, 13th Fl.
                                                                   Chicago, Illinois 60601
                                                                   (312) 814-1187

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on June 16, 2008.  Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                                       s/Andrew W. Lambertson