# EXHIBIT A

# ILLINOIS DEPARTMENT OF CORRECTIONS
## INTERNET INMATE STATUS
AS OF: Monday, June 16, 2008

 

## C61216 - MURDOCK, JAMES

**Parent Institution:** Stateville Correctional Center
**Inmate Status:** PAROLE
**Location:** PAROLE DISTRICT 1
**Discharge Reason:**
**Sex Offender Registry Required**

## VITALS
**Date of Birth:** 05-30-1946
**Weight:** 180 lbs.
**Hair:** Gray or Partially Gray
**Sex:** Male
**Height:** 5 ft. 08 in.
**Race:** Black
**Eyes:** Brown

## MARKS, SCARS, & TATTOOS
SCAR, HAND, RIGHT - SCAR HAND, RIGHT

## ADMISSION / RELEASE / DISCHARGE INFO
**Custody Date:** 02/27/1969
**Projected Parole Date:**
**Paroled Date:** 03-25-2008
**Tentative Discharge Date:**
**Discharge From Parole:** 09/19/2030

## SENTENCING INFORMATION

| MITTIMUS: | 75CF5975 |
|---|---|
| CLASS: | 1 |
| COUNT: | 2 |
| OFFENSE: | DEVIATE SEXUAL ASSAULT |
| CUSTODY DATE: | 09/27/1975 |
| SENTENCE: | 120 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | PEORIA |
| SENTENCE DISCHARGED?: | NO |
|  |  |
| MITTIMUS: | 75CF7565 |
| CLASS: | 3 |
| COUNT: | 1 |

| OFFENSE: | AGG BATTERY/GREAT BODILY HARM |
|---|---|
| CUSTODY DATE: | 09/27/1975 |
| SENTENCE: | 7 YEARS 6 MONTHS 0 DAYS |
| COUNTY: | PEORIA |
| SENTENCE DISCHARGED?: | NO |
| | |

All complaints regarding the accuracy of information contained in these documents should be submitted, in writing, to the Illinois Department of Corrections, P.O. Box 19277, Springfield, IL 62794-9722.

conduct another search
return to the IDOC homepage

Illinois Department of Corrections
1301 Concordia Court
Springfield, Illinois, 62794
217-558-2200 | 800-546-0844 TDD

# EXHIBIT B

# STATE OF ILLINOIS
# PRISONER REVIEW BOARD

SPECIAL ORDER

Date __March 25 2004__

Name __James Murdock__    I.D. # __C61216__

YOU ARE OBLIGATEED TO THE GENERAL RULES GOVERNING PAROLEES OR MANDATORY SUPERVISED RELEASES AND THE FOLLOWING SPECIAL ORDER(S).

## CONDITION:

1. ☐ Participate in a Drug Abuse Program

2. ☐ Participate in an Alcohol Abuse Program

3. ☒ Participate in Sex Offender Counseling

4. ☐ Submit yourself to outpatient care as prescribed by a Mental Health Clinic

5. ☒ Close Supervision. Report to an agent of the Department of Corrections for supervision and permit the agent to visit you at your home or elsewhere as he directs.

6. ☒ Electronic Detention

7. ☐ Be released to the warrant or detainer against you. If the charge or charges on which the warrant or detainer is based are dismissed you shall be returned to an institution of the Department of Corrections for further consideration by the Board.

8. ☐ Other.

I understand the conditions marked above and agree to abide by them.

Date _____

Witness _____    Parolee or _____
                          Mandatory Supervised Releasee

White: Board
Canary: Inst. File
Pink: Resident
Goldenrod: Clinical or Parole Services

IL-578-0026