IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES V. MURDOCK, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROGER E. WALKER, et al., ) <br> ) <br> Defendants. ) | <br><br><br><br>Civil Action No. 08 C 1142<br>The Honorable Blanche M. Manning<br><br>Magistrate Judge Michael Mason |

## NOTICE OF MOTION

TO:    Thomas Peters                                  Gil I. Sapir
         Kevin Peters                                    P.O. Box 6950
         407 South Dearborn, Suite 1735       Chicago, Illinois 60680
         Chicago, Illinois 60605

      PLEASE TAKE NOTICE that on the 19th day of June at 11:00 a.m., I shall appear before the Honorable Judge Blanche M. Manning or whomsoever may be sitting in her stead in Room 1925 at United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANT'S MOTION TO DISMISS** a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois                By:    s/Andrew W. Lambertson
                                                                             ANDREW W. LAMBERTSON
                                                                                 Assistant Attorney General
                                                                                 General Law Bureau
                                                                                 100 W. Randolph Street, 13th Floor
                                                                                 Chicago, IL 60601
                                                                                 312/814-1187

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on June 16, 2008. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                                                 s/Andrew W. Lambertson