IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES V. MURDOCK, Jr. | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER E. WALKER, Director of | ) | No. 08 CV 1142 |
| Illinois Department of Corrections, | ) | |
| JESSE MONTGOMERY, Deputy | ) | |
| Director of Parole Operations, and | ) | Honorable Blanche Manning, |
| JORGE MONTES, Chairman Illinois | ) | Presiding |
| Prisoner Review Board, | ) | |
|     Defendants. | ) | |

## NOTICE OF MOTION

To:  Andrew Lambertson
      Assistant Attorney General
      100 W. Randolph St.
      Chicago, IL 60601

     PLEASE TAKE NOTICE that on July 15, 2008, at 11:00 a.m., at 219 S. Dearborn St., Room 2125, Chicago, Illinois, I will appear before the Honorable Judge Blanche Manning, and then and there present the attached **MOTION FOR EXTENSION OF TIME**.

                                                S/ Thomas Peters
                                               THOMAS PETERS
                                               ATTORNEY FOR PETITIONER
                                               407 S. Dearborn, Suite 1675
                                               Chicago, IL  60605
                                               (312) 697-0022

**CERTIFICATE OF ELECTRONIC SERVICE**

    Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on July 11, 2008.

                                                                   S/ Thomas Peters