IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES V. MURDOCK, JR. , TONYA HOEFKE DONALD FULK, DEBRA RILEY, TRAVARES HUMPRHIRES, SHANE TAYLOR, GABRIEL ENGLAND, and HOWARD HODGES individually and on behalf of all others similarly situated,** ) ) ) ) ) ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | |
| **ROGER E. WALKER, Director of Illinois Department of Corrections, JESSE MONTGOMERY, Deputy Director of Parole Operations, and JORGE MONTES, Chairman Illinois Prisoner Review Board, JAMES REINHART, Chief of Staff Illinois Department of Corrections, in their individual and official capacities** ) ) ) ) ) ) ) ) ) ) ) | No. 08-C-1142  Honorable Blanche Manning Presiding |
| Defendants ) ) | |

## NOTICE OF FILING

TO:   Andrew Lambertson
      Assistant Attorney General
      100 W. Randolph St.
      Chicago, IL 60601

   PLEASE TAKE NOTICE that on August 14, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***AMENDED COMPLAINT***, copies of which are attached.

1

                          S/ Thomas Peters
                          THOMAS PETERS
                          ATTORNEY FOR PLAINTIFFS
                          407 S. Dearborn, Suite 1675
                          Chicago, IL 60605
                          312-697-0022

## **CERTIFICATE OF ELECTRONIC SERVICE**

     Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 14th day of August, 2008.

                          S/ Thomas Peters