**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES V. MURDOCK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08 C 1142 |
| | ) | The Honorable Blanche M. Manning |
| ROGER E. WALKER, et al., | ) | |
| | ) | Magistrate Judge Michael Mason |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

NOW COME Defendants, ROGER E. WALKER, Jr., JESSE MONTGOMERY, and JORGE MONTES, (hereinafter referred to as "Defendants"), by and through their attorney, LISA MADIGAN, Attorney General of Illinois, and pursuant to Local Rule 83.17, respectfully request that this Court grant their Motion to Withdraw Andrew W. Lambertson as its Attorney of Record.  In support of this motion, Defendant states as follows:

1.    Assistant Attorney General Andrew W. Lambertson(hereinafter referred to as "AAG Lambertson") was assigned to act as lead counsel on behalf of Defendants.

2.    AAG Lambertson has accepted a new position and has tendered his resignation from the Office of the Illinois Attorney General, effective August 29, 2008.

3.    Assistant Attorney General James P. Doran, Austin, E. Franklin, and Matthew M. Smith also represent Defendants in this matter.

4.    Counsel for Defendants has conferred with counsel for Plaintiffs who has agreed to this motion.

4.    Defendants respectfully request that the Court grant their motion to withdraw Andrew W. Lambertson as an attorney of record for Defendants.

WHEREFORE, for the foregoing reasons, Defendants, respectfully request that this Court grant her Motion to Withdraw Andrew W. Lambertson as its Attorney of Record, by agreement of the parties, and for such other relief as the Court deems just and proper.

Respectfully Submitted,


By:    s/Andrew W. Lambertson

LISA MADIGAN                          ANDREW W. LAMBERYSON
Attorney General of Illinois          Assistant Attorney General
                                      100 West Randolph Street, 13th Floor
                                      Chicago, Illinois 60601
                                      (312) 814-1187