## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JAMES V. MURDOCK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08 C 1142 |
| | ) | The Honorable Blanche M. Manning |
| ROGER E. WALKER, et al., | ) | |
| | ) | Magistrate Judge Michael Mason |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Thomas Peters                                Gil I. Sapir
     Kevin Peters                                 P.O. Box 6950
     407 South Dearborn, Suite 1735               Chicago, Illinois 60680
     Chicago, Illinois 60605

PLEASE TAKE NOTICE that on the 4th day of September at 11:00 a.m., I shall appear before the Honorable Judge Blanche M. Manning or whomsoever may be sitting in her stead in Room 1925 at United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANT'S AGREED MOTION TO WITHDRAW AS ATTORNEY OF RECORD** a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/Andrew W. Lambertson
                                            ANDREW W. LAMBERTSON
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 W. Randolph Street, 13th Floor
                                            Chicago, IL 60601
                                            312/814-1187

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on August 25, 2008. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                            s/Andrew W. Lambertson