# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1142 | **DATE** | 9/3/2008 |
| **CASE TITLE** | James V. Murdock, Jr. Vs. Roger E. Walker, et al | | |

**DOCKET ENTRY TEXT**

Defendants' unopposed motion to withdraw Andrew W. Lambertson as attorney of record [27] is granted. Andrew W. Lambertson is withdrawn as counsel for defendants, Roger E. Walker, Jr., Jesse Montgomery and Jorge Montes. No appearance is necessary on 9/4/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|